AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING, ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 ~~PENNSYLVANIA AVE NW WA DC 20500~~ <br> *Plaintiff(s)* <br> v. <br> JP MORGAN CHASE & CO. CHIEF EXECUTIVE OFFICER, ALL PAST CHIEF EXECUTIVE OFFICERS, et al. ALL PAST AND PRESENT BOARD MEMBERS, FINANCIAL BOARD MEMBERS, INDIAN MONEY ACCOUNT BOARD MEMBERS <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> JP MORGAN CHASE & CO. CHIEF EXECUTIVE OFFICER, et al., ALL PAST CHIEF EXECUTIVE OFFICERS, ALL PAST AND PRESENT BOARD MEMBERS, FINANCIAL BOARD MEMBERS, ALL INDIAN MONEY ACCOUNT BOARD MEMBERS, ETC. 383 MADISON AVE NEW YORK CITY, NEW YORK 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JP MORGAN CHASE & CO. GENERAL COUNSEL, et al., ALL PAST GENERAL COUNSELS 383 MADISON AVE NEW YORK CITY, NEW YORK 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| CITI FINANCIAL HEADQUARTERS - CORPORATE OFFICE CHIEF EXECUTIVE OFFICER, et al. ALL PAST CHIEF EXECUTIVE OFFICERS, ALL PRESENT AND PAST BOARD MEMBERS, FINANCIAL BOARD MEMBERS, ETC. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> CITI FINANCIAL HEADQUARTERS OFFICE, CITI FINANCIAL CORPORATE OFFICE CHIEF EXECUTIVE OFFICER, et al. ALL PAST CHIEF EXECUTIVE OFFICERS, ALL PRESENT AND PAST BOARD MEMBERS, FINANCIAL BOARD MEMBERS, ETC. 605 MUNN ROAD FORT MILL, SOUTH CAROLINA 29715

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CITI FINANCIAL HEADQUARTERS OFFICE, CITI FINANCIAL CORPORATE OFFICE, CITI FINANCIAL GENERAL COUNSEL ROHAN WEERASINGHE 605 MUNN ROAD FORT MILL SOUTH CAROLINA 29715

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CITI FIN. GENERAL COUNSEL ROHAN WEERASINGHE

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB:
AUGUST 7, 1974,KING, ESQUIRE,TRILLIONAIRE,
BADGE # 7935, 3/4 AMERICAN INDIAN MCNIT
ENROLLMENT #14358, USA PRESIDENTIAL
CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600
~~PENNSYLVANIA AVE NW WA DC 20500~~

*Plaintiff(s)*

v.

Ashley Elizabeth Scott - Inactive Federal Public
Defenders Office - Phoenix 850 W Adams St., Ste. 201
Phoenix, AZ 85007 602-382-2700
Fax: 602-382-2800 Email: AZ_FPD@fd.org

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ashley Elizabeth Scott - Inactive Federal Public Defenders Office - Phoenix 850 W
Adams St., Ste. 201 Phoenix, AZ 85007 602-382-2700 Fax: 602-382-2800 Email:
AZ_FPD@fd.org

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA WILLIAM PELHAM BARR, 950 PENNSYLVANIA AVE
NW WASHINGTON DC 20530-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) |
| STATE OF CALIFORNIA, OFFICE OF THE GOVERNOR, GOVERNOR GAVIN CHRISTOPHER NEWSOM | ) ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STATE OF CALIFORNIA, OFFICE OF THE GOVERNOR, GOVERNOR GAVIN CHRISTOPHER NEWSOM 1303 10TH STREET, SUITE 1173 SACRAMENTO CALIFORNIA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STATE OF CALIFORNIA, OFFICE OF THE GOVERNOR, GOVERNOR GAVIN CHRISTOPHER NEWSOM 1303 10TH STREET, SUITE 1173 SACRAMENTO CALIFORNIA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN: 601.54.5397;DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) |
| Gregory Anthony Bartolomei Federal Public Defenders Office - Phoenix 850 W Adams St., Ste. 201 Phoenix, AZ 85007 602-382-2700 Fax: 602-382-2800 Email: gregory_bartolomei@fd.org *Defendant(s)* | ) ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Gregory Anthony Bartolomei Federal Public Defenders Office - Phoenix 850 W Adams St., Ste. 201 Phoenix, AZ 85007 602-382-2700 Fax: 602-382-2800 Email: gregory_bartolomei@fd.org

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA WILLIAM PELHAM BARR, 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397;DOB: 08.07.1974,KING,ESQUIRE,TRILLIONAIRE,BADGE# 7935,3/4 AMERICAN INDIAN MCNIT ENROLLMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024,DIRECTOR FBI HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| STATE OF NEW MEXICO, OFFICE OF THE GOVERNOR, GOVERNOR MICHELLE LYNN LUJAN GRISHAM | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> STATE OF NEW MEXICO, OFFICE OF THE GOVERNOR, GOVERNOR MICHELLE LYNN LUJAN GRISHAM 490 OLD SANTA FE TRAIL ROOM 400 SANTA FE NEW MEXICO 87501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> STATE OF NEW MEXICO, OFFICE OF THE ATTORNEY GENERAL, ATTORNEY GENERAL HECTOR HUGO BALDERAS, JR. 408 GALISTEO STREET VILLAGRA BUILDING SANTA FE NEW MEXICO 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING, ESQUIRE, TRLLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600 ~~PENNSYLVANIA AVE NW WA DC 20500~~ <br> *Plaintiff(s)* <br> v. <br> OFFICE OF THE GOVERNOR, STATE OF NEVADA, FICTICOUS NAME STEVE F. SISOLAK, <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OFFICE OF THE GOVERNOR, STATE OF NEVADA, FICTICOUS NAME STEVE F. SISOLAK,  555 East Washington Ave #5100 Las Vegas NV 89101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ATTORNEY GENERAL, STATE OF NEVADA, AARON DARNELL FORD 555 East Washington Ave #5100 Las Vegas NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING,ESQUIRE, TRILLIONAIRE, BADGE # 7935,3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) Civil Action No. |
| STATE OF ARIZONA, ATTORNEY GENERAL MARK BRNOVICH | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STATE OF ARIZONA, ATTORNEY GENERAL MARK BRNOVICH 2005 NORTH CENTRAL AVE PHOENIX ARIZONA 85004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STATE OF ARIZONA, ATTORNEY GENERAL MARK BRNOVICH 2005 NORTH CENTRAL AVE PHOENIX ARIZONA 85004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $         0         .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) Civil Action No. |
| STATE OF CALIFORNIA, ATTORNEY GENERAL XAVIER BACERRA | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STATE OF CALIFORNIA, OFFICE OF THE ATTORNEY GENERAL, ATTORNEY GENERAL XAVIER BACERRA 1300 "I" STREET SACRAMENTO CALIFORNIA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STATE OF CALIFORNIA, OFFICE OF THE ATTORNEY GENERAL, ATTORNEY GENERAL XAVIER BACERRA 1300 "I" STREET SACRAMENTO CALIFORNIA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.; SSN: 601.54.5397;DOB AUGUST 7, 1974,KING, ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) Civil Action No. |
| STATE OF ARIZONA, OFFICE OF THE GOVERNOR, GOVERNOR DOUGLAS ANTHONY DUCEY, STATE CAPITOL 1700 WEST WASHINGTON PHOENIX ARIZONA 85007 *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STATE OF ARIZONA, OFFICE OF THE GOVERNOR, GOVERNOR DOUGLAS ANTHONY DUCEY, STATE CAPITOL 1700 WEST WASHINGTON PHOENIX ARIZONA 85007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STATE OF ARIZONA, OFFICE OF THE GOVERNOR, GOVERNOR DOUGLAS ANTHONY DUCEY, STATE CAPITOL 1700 WEST WASHINGTON PHOENIX, ARIZONA 85007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB:
AUGUST 7, 1974,KING, ESQUIRE, TRILLIONAIRE,
BADGE # 7935, 3/4 AMERICAN INDIAN MCN
ENROLLMENT #14358, USA PRESIDENTIAL
CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600
~~PENNSYLVANIA AVE NW WA DC 20500~~
*Plaintiff(s)*

v.

Arizona Department of Transportation
Motor Vehicle Division
PO Box 2100 Mail Drop 543M
Phoenix AZ 85001-2100

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Arizona Department of Transportation, Motor Vehicle Division
PO Box 2100 Mail Drop 543M Phoenix AZ 85001-2100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STATE OF ARIZONA, ATTORNEY GENERAL MARK BRNOVICH 2005 NORTH
CENTRAL AVE PHOENIX ARIZONA 85004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. |
| HARVEY CHARLES MILLER AND LAURA JOLINE MILLER 1816 JOSHUA AVE PARKER ARIZONA 85344 | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> HARVEY CHARLES MILLER AND LAURA JOLINE MILLER 1816 JOSHUA AVE PARKER ARIZONA 85344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> HARVEY CHARLES MILLER AND LAURA JOLINE MILLER 1816 JOSHUA AVE PARKER ARIZONA 85344

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING,ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 ~~PENNSYLVANIA AVE NW WA DC 20500~~ *Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | ) Civil Action No. |
| LITTLE BROWN JUG, OWNERS HARVEY CHARLES MILLER, LAURA JOLINE MILLER, 900 S California Ave, Parker, AZ 85344 *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LITTLE BROWN JUG, OWNERS HARVEY CHARLES MILLER, LAURA JOLINE MILLER, 900 SOUTH CALIFORNIA AVE, PARKER, ARIZONA 85344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LITTLE BROWN JUG, OWNERS HARVEY CHARLES MILLER, LAURA JOLINE MILLER, 900 SOUTH CALIFORNIA AVE, PARKER, ARIZONA 85344

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397:DOB: AUGUST 7,1974,KING,ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 ~~PENNSYLVANIA AVE NW WA DC 20500~~<br>*Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| ROBERT EARL BAILEY, et al., LISA JANEAN BAILEY PO BOX 1931 LAKE HAVASU CITY ARIZONA 86405<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ROBERT EARL BAILEY, et al. LISA JANEAN BAILEY PO BOX 1931 LAKE HAVASU CITY ARIZONA 86405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBERT EARL BAILEY, et al. LISA JANEAN BAILEY PO BOX 1931 LAKE HAVASU CITY ARIZONA 86405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397;DOB: AUGUST 7,1974, KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024,DIRECTOR,FBI HQ,1600 PENNSYLVANIA AVE NW WA DC 20500 <br> *Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | ) |
| Richard David Goldman #187707 Federal Public Defender, Central District of CA, 321 E 2nd St, Los Angeles, CA 90063 <br><br> *Defendant(s)* | ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Richard David Goldman #187707 Federal Public Defender, Central District of CA, 321 E 2nd St, Los Angeles, CA 90063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA WILLIAM PELHAM BARR, 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397;DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. |
| THE COLORADO RIVER INDIAN TRIBES CHAIRMAN DENNIS PATCH, et al., ALL PAST CHAIRMANS AND ALL PAST AND PRESENT COUNCIL MEMBERS, OTHER AMERICAN INDIAN TRIBES NATIONWIDE *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The Colorado River Indian Tribes Chairman Fictitious Name Dennis Patch, et al., all Past Tribal Chairmans and All Past and Present Colorado River Indian Tribes Council Members of California and Arizona and other American Indian Tribes Nationwide, 26600 Mohave Road Parker Arizona 85344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> The Colorado River Indian Tribes - Attorney General
> 26600 Mohave Road Parker, Arizona 85344

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* COLORADO RIVER INDIAN TRIBES ATTORNEY GENERAL

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN:601.54.5397:DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MUSCOGEE ENROLLMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR,FBI,HQ 1600 PENNSLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | )  Civil Action No. |
| THE LAW FIRM OF DANIEL WARREN EVANS, ATTORNEY AT LAW | )<br>)<br>) |
| *Defendant(s)* | )<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　　　　THE LAW FIRM OF DANIEL WARREN EVANS, ATTORNEY AT LAW, GILBERT ARIZONA 85297

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　THE LAW FIRM OF DANIEL WARREN EVANS, ATTORNEY AT LAW, GILBERT ARIZONA 85297

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397:DOB: AUGUST 7, 1974, KING, ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MUSCOGEE ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 <br> *Plaintiff(s)* <br><br> v. <br><br> PRESIDENT OF THE UNITED STATES OF AMERICA, PRESIDENT DONALD JOHN TRUMP <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PRESIDENT OF THE UNITED STATES OF AMERICA, PRESIDENT DONALD JOHN TRUMP, 1600 PENNSYLVANIA AVE NW WASHINGTON DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA WILLIAM PELHAM BARR, 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   USA ATTORNEY GENERAL WILLIAM PELHAM BARR

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397:DOB: AUGUST 7, 1974, KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR,FBI,HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| FORT MCDOWELL YAVAPAI NATION, FORMERLY THE FORT MDCOWELL MOHAVE - APACHE COMMUNITY OF THE FORT MCDOWELL INDIAN RESERVATION PRESIDENT BERNADINE BURNETTE, et al., ALL PAST PRESIDENTS, OTHER AMERICAN INDIAN TRIBES NATIONWIDE | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FORT MCDOWELL YAVAPAI NATION, FORMERLY THE FORT MDCOWELL MOHAVE - APACHE COMMUNITY OF THE FORT MCDOWELL INDIAN RESERVATION PRESIDENT BERNADINE BURNETTE, et al., ALL PAST PRESIDENTS AND ALL PRESENT AND PAST TRIBAL COUNCIL MEMBERS AND OTHER AMERICAN INDIAN TRIBES NATIONWIDE PO BOX 17779 FOUNTAIN HILLS ARIZONA 85269

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
FORT MCDOWELL YAVAPAI NATION, FORMERLY THE FORT MDCOWELL MOHAVE - APACHE COMMUNITY OF THE FORT MCDOWELL INDIAN RESERVATION OFFICE OF THE ATTORNEY GENERAL PO BOX 17779 FOUNTAIN HILLS ARIZONA 85269

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FORT MCDOWELL YAVAPAI NATION ATTORNEY GENERAL

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. |
| GILA RIVER INDIAN COMMUNITY GOVERNOR STEPHEN ROE LEWIS, et al., ALL PAST GOVERNORS, ALL PRESENT AND PAST LT. GOVERNORS, TRIBAL COUNCIL MEMBERS , OTHER AMERICAN INDIAN TRIBES NATIONWIDE *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> GILA RIVER INDIAN COMMUNITY GOVERNOR STEPHEN ROE LEWIS, et al., ALL PAST AND PRESENT LT. GOBERNORS, TRIBAL COUNCIL MEMBERS AND OTHER AMERICAN INDIAN TRIBES NATIONWIDE 525 West Gu U Ki Sacaton Arizona 85147 AND Po Box 97 Sacaton Arizona 85147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> GILA RIVER INDIAN COMMUNITY - OFFICE OF THE ATTORNEY GENERAL 525 WEST GU KI SACATON ARIZONA 85147 AND PO BOX 97 SACATON ARIZONA 85147

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gila River Indian Community Attorney General

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.;SSN:601.54.5397;DOB:
AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE,
BADGE # 7935,3/4 AMERICAN INDIAN MCN
ENROLLMENT #14358,USA PRESIDENTIAL
CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600
PENNSYLVANIA AVE NW WA DC 20500

*Plaintiff(s)*

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,
INDIAN HEALTH SERVICE, SECRETARY ALEX
MICHAEL AZAR II

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DEPARTMENT OF HEALTH AND HUMAN SERVICES, INDIAN HEALTH SERVICE,
SECRETARY ALEX MICHAEL AZAR II DHHS HEADQUARTERS 200 INDEPENDENCE
AVENUE SW WASHINGTON DC 20201-0004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DEPARTMENT OF HEALTH AND HUMAN SERVICES, INDIAN HEALTH SERVICE,
OFFICE OF THE GENERAL COUNSEL (OGC), ROBERT PHILLIP CHARROW, DHHS
HEADQUARTERS 200 INDEPENDENCE AVENUE SW ROOM 713 -F WASHINGTON
DC 20201-0004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DHHS GENERAL COUNSEL ROBERT PHILLIP CHARROW

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN:601.54.5397:DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR,FBI,HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | ) Civil Action No. |
| THE LAW FIRM OF KENNETH MCKAY SMITH, ATTORNEY AT LAW KENNETH MCKAY SMITH, et al. ALL ANDERSON FAMILY TRUSTS, ANY OTHER TRUSTS, ALL FAMILY TRUST BENEFICIARIES AND ANY OTHER TRUST BENEFICIARIES *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> THE LAW FIRM OF KENNETH MCKAY SMITH, ATTORNEY AT LAW KENNETH MCKAY SMITH et al., ALL ANDERSON FAMILY TRUSTS OR ANY OTHER TRUSTS AND ALL FAMILY TRUST BENEFICIARIES AND ANY OTHER TRUST BENEFICIARIES
> 6053 EAST UNIVERSITY DRIVE, MESA ARIZONA 85205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> THE LAW FIRM OF KENNETH MCKAY SMITH, ATTORNEY AT LAW KENNETH MCKAY SMITH, 6053 EAST UNIVERSITY DRIVE, MESA ARIZONA 85205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ATTORNEY KENNETH MCKAY SMITH

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN:601.54.5397:DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935,3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR,FBI,HQ, 1600 PENNSYLVANIA AVE NW WA DC 20500<br>*Plaintiff(s)*<br><br>v.<br><br>MUSCOGEE (CREEK) NATION INDIAN TRIBE OF OKLAHOMA PRINCIPAL CHIEF FICTITIOUS NAME DAVID HILL et. al., ALL PAST PRINCIPAL CHEIFS AND ALL PAST AND PRESENT SECOND CHEIFS AND TRIBAL COUNCILS, OTHER AMERICAN INDIAN TRIBES NATIONWIDE<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> MUSCOGEE (CREEK) NATION INDIAN TRIBE OF OKLAHOMA PRINCIPAL CHIEF FICTITIOUS NAME DAVID HILL, et al., ALL PAST PRINCIPAL CHIEFS, ALL  PRESENT AND PAST SECOND CHEIFS AND TRIBAL COUNCILS, OTHER AMERICAN INDIAN TRIBES NATIONWIDE PO BOX 580 OKMULGEE OKLAHOMA 74447 AND HIGHWAY 75 & LOOP 56 OKMULGEE OKLAHOMA 74447

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> MUSCOGEE (CREEK) NATION INDIAN TRIBE OF OKLAHOMA - OFFICE OF THE ATTORNEY GENERAL - PO BOX 580 OKMULGEE OKLAHOMA 74447 - HIGHWAY 75 & LOOP 56 OKMULGEE OKLAHOMA 74447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   MUSCOGEE (CREEK) NATION ATTORNEY GENERAL

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN: 601.54.5397:DOB: 8.7.1974, KING,ESQUIRE,TRILLIONAIRE,BADGE #7935, 3/4 AMERICAN INDIAN MCNIT ENROLLMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| VICE PRESIDENT OF THE UNITED STATES OF AMERICA, VICE PRESIDENT MICHAEL RICHARD PENCE | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> VICE PRESIDENT OF THE UNITED STATES OF AMERICA, VICE PRESIDENT MICHAEL RICHARD PENCE, 1 OBSERVATORY CIRCLE, UNITED STATES NAVAL OBERVATORY WASHINGTON DC 20008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA WILLIAM PELHAM BARR, et al., AND ALL PAST ATTORNEY GENERALS OF THE UNITED STATES OF AMERICA, 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   USA ATTORNEY GENERAL WILLIAM PELHAM BARR

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 ~~PENNSYLVANIA AVE NW WA DC 20500~~ *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. |
| NAVAJO NATION INDIAN TRIBE PRESIDENT JONATHAN NEZ, et al. ALL PAST PRESIDENTS, ALL PRESENT AND PAST TRIBAL COUNCIL MEMBERS, OTHER AMERICAN INDIAN TRIBES NATIONWIDE *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NAVAJO NATION INDIAN TRIBE PRESIDENT JONATHAN NEZ, et al., ALL PAST PRESIDENTS AND ALL PRESENT AND PAST TRIBAL COUNCIL MEMBERS AND OTHER AMERICAN INDIAN TRIBES NATIONWIDE, PO BOX 9000 WINDOW ROCK AZ 86515 AND PO BOX 2010 WINDOW ROCK ARIZONA 86515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

NAVAJO NATION INDIAN TRIBE OFFICE OF THE ATTORNEY GENERAL
PO BOX 9000 WINDOW ROCK AZ 86515

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  NAVAJO NATION INDIAN TRIBE ATTORNEY GENERAL

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 <br> *Plaintiff(s)* <br> v. <br> NATIONAL CONGRESS OF AMERICAN INDIANS (NCAI) PRESIDENT JEFFERSON KEEL, et al., AND ALL PAST PRESIDENTS AND ALL PAST AND PRESENT PAST LEADERSHIP 1516 P STREET NW WASHINGTON DC 20005 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NATIONAL CONGRESS OF AMERICAN INDIANS (NCAI) PRESIDENT JEFFERSON KEEL, et al., AND ALL PAST PRESIDENTS AND ALL PAST AND PRESENT LEADERSHIP 1516 P STREET NW WASHINGTON DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

NATIONAL CONGRESS OF AMERICAN INDIANS (NCAI), GENERAL COUNSEL DERRICK BEETSO, et al., ALL PAST GENERAL COUNSELS 1516 P STREET NW WASHINGTON DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ATTORNEY KENNETH MCKAY SMITH

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING,ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) Civil Action No. |
| DEPARTMENT OF THE INTERIOR, OFFICE OF SPECIAL TRUSTEE FOR AMERICAN INDIANS, SECRETARY DAVID LONGLY BERNHARDT *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DEPARTMENT OF THE INTERIOR, OFFICE OF SPECIAL TRUSTEE FOR AMERICAN INDIANS, SECRETARY DAVID LONGLY BERNHARDT, DOI HEADQUARTERS 1849 C STREET NW WASHINGTON DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DEPARTMENT OF THE INTERIOR, OFFICE OF SPECIAL TRUSTEE FOR AMERICAN INDIANS, DEPARTMENT OF INTERIOR CURRENT AND ALL PAST SOLICITORS, DOI HEADQUARTERS 1849 C STREET NW WASHINGTON DC 20240

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN: 601.54.5397:DOB: AUGUST 7, 1974, KING,ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024,DIRECTOR,FBI,HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 <br><br> *Plaintiff(s)* <br><br> v. <br><br> CORPORATE OFFICE, PRIMERICA, INCORPORATED, PRIMERICA LIFE INSURANCE COMPANY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORPORATE OFFICE, PRIMERICA INCORPORATED, PRIMERICA LIFE INSURANCE COMPANY, 1 PRIMERICA PARKWAY DULUTH GEORGIA 30099, FICTICIOUS NAMES ARTHUR L. WILLIAMS,  JR., et al., RICHARD WILLIAMS, GLENN WILLIAMS, ALLISON RAND; PRIMERICA OFFICE AT 2633 EAST INDIAN SCHOOL ROAD SUITE 270 PHOENIX ARIOZNA 85016, RAYMOND COSTELLO, et al., CAROL COSTELLO, RUSSELL JORDAN, ELIZABETH JORDAN; PRIMERICA OFFICE AT 5123 SUNSET BLVD SUITE 212 LOS ANGELES CALIFORNIA 90027, CHARLIE CHAICHANA CHAISAKLERT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CORPORATE OFFICE, PRIMERICA INCORPORATED, PRIMERICA LIFE INSURANCE COMPANY, 1 PRIMERICA PARKWAY DULUTH GEORGIA 30099, GENERAL COUNSEL FICTICIOUS NAMES ALEXIS GINN, et al. LORI RIVET

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  GENERAL COUNSEL ALEXIS GINN, LORI RIVET

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN:601.54.5397:DOB: AUGUST 7,1974,KING,ESQUIRE, TRILLIONAIRE, BADGE #7935,3/4 AMERICAN INDIAN MCNIT ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR,FBI,HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 <br> *Plaintiff(s)* <br> v. <br> WELLS FARGO & COMPANY CHIEF EXECUTIVE OFFICER(S), et al. ALL PAST CHIEF EXECUTIVE OFFICERS, AND ALL CURRENT AND PAST BOARD OF DIRECTORS, FINANCIAL BOARD MEMBERS, ETC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> WELLS FARGO & COMPANY CHIEF EXECUTIVE OFFICER(S), et al. ALL PAST CHIEF EXECUTIVE OFFICERS, AND ALL CURRENT AND PAST BOARD OF DIRECTORS, FINANCIAL BOARD MEMBERS, ETC. 420 MONTGOMERY STREET SAN FRANCISCO CA 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> WELLS FARGO & COMPANY PAST AND PRESENT GENERAL COUNSEL(S) FOR WELLS FARGO & COMPANY, 420 MONTGOMERY STREET SAN FRANCISCO CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397;DOB: AUGUST 7, 1974, KING, ESQUIRE, TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024,DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. |
| ATTORNEY AT LAW, RUDOLPH WILLIAM LOUIS GIULIANI | ) ) ) |
| | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ATTORNEY AT LAW, ATTORNEY RUDOLPH WILLIAM LOUIS GIULIANI 1600 PENNSYLVANIA AVE NW WASHINGTON DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ATTORNEY AT LAW, ATTORNEY RUDOLPH WILLIAM LOUIS GIULIANI 1600 PENNSYLVANIA AVE NW WASHINGTON DC 20500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  USA ATTORNEY GENERAL WILLIAM PELHAM BARR

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN:601.54.5397:DOB: AUGUST 7, 1974,KING, ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ,1600 PENNSYLVANIA AVE NW WA DC 20500 <br><br> *Plaintiff(s)* <br> v. <br> NATIONAL BANK OF ARIZONA CHIEF EXECUTIVE OFFICER, et al., ALL PAST CHIEF EXECUTIVE OFFICER(S), ALL PAST AND PRESENT BOARD OF DIRECTORS, FINANCIAL MEMBERS, ETC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NATIONAL BANK OF ARIZONA CHEIF EXECUTIVE OFFICERS, et al., ALL PAST CHEIF EXECUTIVE OFFICERS, AND ALL PAST AND PRESENT BOARD OF DIRECTORS, FINANCIAL BOARD MEMBERS, ETC. 6001 N 24TH STREET PHOENIX ARIZONA 85016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

NATIONAL BANK OF ARIZONA GENERAL COUNSEL(S), et al., ALL PAST GENERAL COUNSELS 6001 N 24TH STREET PHOENIX ARIZONA 85016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gila River Indian Community Attorney General

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | )  Civil Action No. |
| UNITED STATES OF AMERICA  ATTORNEY GENERAL WILLIAM PELHAM BARR, et al. ALL PAST ATTORNEY GENERALS OF THE UNITED STATES OF AMERICA *Defendant(s)* | ) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES OF AMERICA ATTORNEY GENERAL WILLIAM PELHAM BARR, et al. ALL PAST ATTORNEY GENERALS OF THE UNITED STATES OF AMERICA 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE OFFICE OF COUNSEL TO THE PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES OF AMERICA, WHITE HOUSE COUNSEL PASQUALE ANTHONY CIPOLLONE, et al., ALL PAST WHITE HOUSE COUNSEL OFFICIALS 1600 PENNSYLVANIA AVE NW WASHINGTON DC 20500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   USA ATTORNEY GENERAL WILLIAM PELHAM BARR

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE #7935,3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | )  Civil Action No. |
| DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR SECRETARY DAVID LONGLY BERNHARDT | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR SECRETARY DAVID LONGLY BERNHARDT 1849 C STREET WASHINGTON DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, DEPARTMENT OF INTERIOR SOLICITOR DAVID LONGLY BERNHARDT, et al., ALL PAST SOLICITORS 1849 C STREET WASHINGTON DC 20240

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DOI SOLICITOR DAVID LONGLY BERNHARDT

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.:SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING, ESQUIRE, TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500

*Plaintiff(s)*

v.

BANK OF AMERICA CORPORATE CENTER

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BANK OF AMERICA CORPORATE CENTER, BRIAN THOMAS MOYNIHAN, CHAIRMAN OF THE BOARD AND CHIEF EXECUTIVE OFFICER, BANK OF AMERICA CORPORATION, et al., ALL PAST CHAIRMAN OF THE BOARDS AND CHIEF EXECTIVE OFFICERS, AND ALL PAST AND PRESENT BOARD MEMBERS, FINANCIAL BOARD MEMBERS, BANK OF AMERICA CORPORATION 100 NORTH TRYON STREET, CHARLOTTE NORTH CAROLINA, 28255

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BANK OF AMERICA CORPORATE CENTER, GENERAL COUNSEL BANK OF AMERICA CORPORATION FICTICIOUS NAME DAVID G. LEITCH, et al., ALL PREVIOUS GENERAL COUNSELS FOR BANK OF AMERICA CORPORATION, 100 NORTH TRYON STREET, CHARLOTTE NORTH CAROLINA, 28255

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOE KENNETH HOLT, JR.:SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING, ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| JP MORGAN CHASE & CO. CHIEF EXECUTIVE OFFICER, ALL PAST CHIEF EXECUTIVE OFFICERS, et al. ALL PAST AND PRESENT BOARD MEMBERS, FINANCIAL BOARD MEMBERS, INDIAN MONEY ACCOUNT BOARD MEMBERS | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JP MORGAN CHASE & CO. CHIEF EXECUTIVE OFFICER, et al., ALL PAST CHIEF EXECUTIVE OFFICERS, ALL PAST AND PRESENT BOARD MEMBERS, FINANCIAL BOARD MEMBERS, ALL INDIAN MONEY ACCOUNT BOARD MEMBERS, ETC. 383 MADISON AVE NEW YORK CITY, NEW YORK 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JP MORGAN CHASE & CO. GENERAL COUNSEL, et al., ALL PAST GENERAL COUNSELS 383 MADISON AVE NEW YORK CITY, NEW YORK 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| CITI FINANCIAL HEADQUARTERS - CORPORATE OFFICE CHIEF EXECUTIVE OFFICER, et al. ALL PAST CHIEF EXECUTIVE OFFICERS, ALL PRESENT AND PAST BOARD MEMBERS, FINANCIAL BOARD MEMBERS, ETC. *Defendant(s)* | )<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CITI FINANCIAL HEADQUARTERS OFFICE, CITI FINANCIAL CORPORATE OFFICE CHIEF EXECUTIVE OFFICER, et al. ALL PAST CHIEF EXECUTIVE OFFICERS, ALL PRESENT AND PAST BOARD MEMBERS, FINANCIAL BOARD MEMBERS, ETC. 605 MUNN ROAD FORT MILL, SOUTH CAROLINA 29715

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CITI FINANCIAL HEADQUARTERS OFFICE, CITI FINANCIAL CORPORATE OFFICE, CITI FINANCIAL GENERAL COUNSEL ROHAN WEERASINGHE 605 MUNN ROAD FORT MILL SOUTH CAROLINA 29715

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CITI FIN. GENERAL COUNSEL ROHAN WEERASINGHE

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB:
AUGUST 7, 1974,KING, ESQUIRE,TRILLIONAIRE,
BADGE # 7935, 3/4 AMERICAN INDIAN MCNIT
ENROLLMENT #14358, USA PRESIDENTIAL
CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600
PENNSYLVANIA AVE NW WA DC 20500

*Plaintiff(s)*

v.

Ashley Elizabeth Scott - Inactive Federal Public
Defenders Office - Phoenix 850 W Adams St., Ste. 201
Phoenix, AZ 85007 602-382-2700
Fax: 602-382-2800 Email: AZ_FPD@fd.org

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Ashley Elizabeth Scott - Inactive Federal Public Defenders Office - Phoenix 850 W
        Adams St., Ste. 201 Phoenix, AZ 85007 602-382-2700 Fax: 602-382-2800 Email:
        AZ_FPD@fd.org

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE
                        UNITED STATES OF AMERICA WILLIAM PELHAM BARR, 950 PENNSYLVANIA AVE
                        NW WASHINGTON DC 20530-0001

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

                                                                                                          .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

                                             _____
                                             *Server's signature*

                                             _____
                                             *Printed name and title*

                                             _____
                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600 PENNSYLVANIA AVE NW WA DC 20500 <br> *Plaintiff(s)* <br> v. <br> STATE OF CALIFORNIA, OFFICE OF THE GOVERNOR, GOVERNOR GAVIN CHRISTOPHER NEWSOM <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
>    STATE OF CALIFORNIA, OFFICE OF THE GOVERNOR, GOVERNOR GAVIN
>    CHRISTOPHER NEWSOM 1303 10TH STREET, SUITE 1173 SACRAMENTO
>    CALIFORNIA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
>    STATE OF CALIFORNIA, OFFICE OF THE GOVERNOR, GOVERNOR GAVIN
>    CHRISTOPHER NEWSOM 1303 10TH STREET, SUITE 1173 SACRAMENTO
>    CALIFORNIA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify):*
.

My fees are $ _____ for travel and $ _____ for services, for a total of $          0          .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.;SSN: 601.54.5397;DOB:
AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE,
BADGE # 7935, 3/4 AMERICAN INDIAN MCN
ENROLLMENT #14358,USA PRESIDENTIAL
CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600
PENNSYLVANIA AVE NW WA DC 20500

*Plaintiff(s)*

v.

Gregory Anthony Bartolomei Federal Public Defenders
Office - Phoenix 850 W Adams St., Ste. 201
Phoenix, AZ 85007 602-382-2700
Fax: 602-382-2800
Email: gregory_bartolomei@fd.org

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gregory Anthony Bartolomei Federal Public Defenders Office - Phoenix 850 W Adams
St., Ste. 201 Phoenix, AZ 85007 602-382-2700 Fax: 602-382-2800
Email: gregory_bartolomei@fd.org

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA WILLIAM PELHAM BARR, 950 PENNSYLVANIA AVE
NW WASHINGTON DC 20530-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.;SSN:601.54.5397;DOB:
08.07.1974,KING,ESQUIRE,TRILLIONAIRE,BADGE#
7935,3/4 AMERICAN INDIAN MCNIT ENROLLMENT
#14358,USA PRESIDENTIAL CANDIDATE IN
2020/2024,DIRECTOR FBI HQ 1600 PENNSYLVANIA
AVE NW WA DC 20500

*Plaintiff(s)*

v.

STATE OF NEW MEXICO, OFFICE OF THE
GOVERNOR, GOVERNOR MICHELLE LYNN LUJAN
GRISHAM

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STATE OF NEW MEXICO, OFFICE OF THE GOVERNOR, GOVERNOR MICHELLE
LYNN LUJAN GRISHAM 490 OLD SANTA FE TRAIL ROOM 400 SANTA FE NEW
MEXICO 87501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

STATE OF NEW MEXICO, OFFICE OF THE ATTORNEY GENERAL, ATTORNEY
GENERAL HECTOR HUGO BALDERAS, JR. 408 GALISTEO STREET VILLAGRA
BUILDING SANTA FE NEW MEXICO 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

<table>
<tr><td>JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING, ESQUIRE, TRLLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600 PENNSYLVANIA AVE NW WA DC 20500<br><br><i>Plaintiff(s)</i><br><br>v.<br><br>OFFICE OF THE GOVERNOR, STATE OF NEVADA, FICTICOUS NAME STEVE F. SISOLAK,<br><br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        OFFICE OF THE GOVERNOR, STATE OF NEVADA, FICTICOUS NAME STEVE F. SISOLAK,  555 East Washington Ave #5100 Las Vegas NV 89101

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        ATTORNEY GENERAL, STATE OF NEVADA, AARON DARNELL FORD 555 East Washington Ave #5100 Las Vegas NV 89101

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB:
AUGUST 7, 1974,KING,ESQUIRE, TRILLIONAIRE,
BADGE # 7935,3/4 AMERICAN INDIAN MCN
ENROLLMENT #14358, USA PRESIDENTIAL
CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600
PENNSYLVANIA AVE NW WA DC 20500

*Plaintiff(s)*

v.

STATE OF ARIZONA, ATTORNEY GENERAL MARK
BRNOVICH

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STATE OF ARIZONA, ATTORNEY GENERAL MARK BRNOVICH 2005 NORTH
CENTRAL AVE PHOENIX ARIZONA 85004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

STATE OF ARIZONA, ATTORNEY GENERAL MARK BRNOVICH 2005 NORTH
CENTRAL AVE PHOENIX ARIZONA 85004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600 PENNSYLVANIA AVE NW WA DC 20500 | ) ) ) ) ) ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| STATE OF CALIFORNIA, ATTORNEY GENERAL XAVIER BACERRA | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STATE OF CALIFORNIA, OFFICE OF THE ATTORNEY GENERAL, ATTORNEY GENERAL XAVIER BACERRA 1300 "I" STREET SACRAMENTO CALIFORNIA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STATE OF CALIFORNIA, OFFICE OF THE ATTORNEY GENERAL, ATTORNEY GENERAL XAVIER BACERRA 1300 "I" STREET SACRAMENTO CALIFORNIA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.; SSN: 601.54.5397;DOB AUGUST 7, 1974,KING, ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | )  Civil Action No. |
| STATE OF ARIZONA, OFFICE OF THE GOVERNOR, GOVERNOR DOUGLAS ANTHONY DUCEY, STATE CAPITOL 1700 WEST WASHINGTON PHOENIX ARIZONA 85007 *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

STATE OF ARIZONA, OFFICE OF THE GOVERNOR, GOVERNOR DOUGLAS ANTHONY DUCEY, STATE CAPITOL 1700 WEST WASHINGTON PHOENIX ARIZONA 85007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STATE OF ARIZONA, OFFICE OF THE GOVERNOR, GOVERNOR DOUGLAS ANTHONY DUCEY, STATE CAPITOL 1700 WEST WASHINGTON PHOENIX, ARIZONA 85007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB:
AUGUST 7, 1974,KING, ESQUIRE, TRILLIONAIRE,
BADGE # 7935, 3/4 AMERICAN INDIAN MCN
ENROLLMENT #14358, USA PRESIDENTIAL
CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600
~~PENNSYLVANIA AVE NW WA DC 20500~~
*Plaintiff(s)*

v.

Arizona Department of Transportation
Motor Vehicle Division
PO Box 2100 Mail Drop 543M
Phoenix AZ 85001-2100

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Arizona Department of Transportation, Motor Vehicle Division
PO Box 2100 Mail Drop 543M Phoenix AZ 85001-2100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STATE OF ARIZONA, ATTORNEY GENERAL MARK BRNOVICH 2005 NORTH
CENTRAL AVE PHOENIX ARIZONA 85004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| HARVEY CHARLES MILLER AND LAURA JOLINE MILLER 1816 JOSHUA AVE PARKER ARIZONA 85344 *Defendant(s)* | )<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HARVEY CHARLES MILLER AND LAURA JOLINE MILLER 1816 JOSHUA AVE PARKER ARIZONA 85344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HARVEY CHARLES MILLER AND LAURA JOLINE MILLER 1816 JOSHUA AVE PARKER ARIZONA 85344

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.;SSN: 601.54.5397: DOB:
AUGUST 7, 1974,KING,ESQUIRE, TRILLIONAIRE,
BADGE # 7935, 3/4 AMERICAN INDIAN MCN
ENROLLMENT #14358, USA PRESIDENTIAL
CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600
~~PENNSYLVANIA AVE NW WA DC 20500~~

*Plaintiff(s)*

v.

LITTLE BROWN JUG, OWNERS HARVEY CHARLES
MILLER, LAURA JOLINE MILLER, 900 S California
Ave, Parker, AZ 85344

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LITTLE BROWN JUG, OWNERS HARVEY CHARLES MILLER, LAURA JOLINE
MILLER, 900 SOUTH CALIFORNIA AVE, PARKER, ARIZONA 85344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

LITTLE BROWN JUG, OWNERS HARVEY CHARLES MILLER, LAURA JOLINE
MILLER, 900 SOUTH CALIFORNIA AVE, PARKER, ARIZONA 85344

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397:DOB: AUGUST 7,1974,KING,ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 ~~PENNSYLVANIA AVE NW WA DC 20500~~ <br> *Plaintiff(s)* <br><br> v. <br><br> ROBERT EARL BAILEY, et al., LISA JANEAN BAILEY PO BOX 1931 LAKE HAVASU CITY ARIZONA 86405 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> ROBERT EARL BAILEY, et al. LISA JANEAN BAILEY PO BOX 1931 LAKE HAVASU CITY ARIZONA 86405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ROBERT EARL BAILEY, et al. LISA JANEAN BAILEY PO BOX 1931 LAKE HAVASU CITY ARIZONA 86405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____

                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397;DOB: AUGUST 7,1974, KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024,DIRECTOR,FBI HQ,1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | )  Civil Action No. |
| Richard David Goldman #187707 Federal Public Defender, Central District of Ca, 321 E 2nd St, Los Angeles, CA 90063 *Defendant(s)* | ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Richard David Goldman #187707 Federal Public Defender, Central District of CA, 321 E 2nd St, Los Angeles, CA 90063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA WILLIAM PELHAM BARR, 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397;DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| v. | ) | Civil Action No. |
| THE COLORADO RIVER INDIAN TRIBES CHAIRMAN DENNIS PATCH, et al., ALL PAST CHAIRMANS AND ALL PAST AND PRESENT COUNCIL MEMBERS, OTHER AMERICAN INDIAN TRIBES NATIONWIDE *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The Colorado River Indian Tribes Chairman Fictitious Name Dennis Patch, et al., all Past Tribal Chairmans and All Past and Present Colorado River Indian Tribes Council Members of California and Arizona and other American Indian Tribes Nationwide, 26600 Mohave Road Parker Arizona 85344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> The Colorado River Indian Tribes - Attorney General
> 26600 Mohave Road Parker, Arizona 85344

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* COLORADO RIVER INDIAN TRIBES ATTORNEY GENERAL

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN:601.54.5397:DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MUSCOGEE ENROLLMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR,FBI,HQ 1600 PENNSLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) Civil Action No. |
| THE LAW FIRM OF DANIEL WARREN EVANS, ATTORNEY AT LAW | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
THE LAW FIRM OF DANIEL WARREN EVANS, ATTORNEY AT LAW, GILBERT ARIZONA 85297

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
THE LAW FIRM OF DANIEL WARREN EVANS, ATTORNEY AT LAW, GILBERT ARIZONA 85297

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397:DOB: AUGUST 7, 1974, KING, ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MUSCOGEE ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| PRESIDENT OF THE UNITED STATES OF AMERICA, PRESIDENT DONALD JOHN TRUMP | ) ) ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PRESIDENT OF THE UNITED STATES OF AMERICA, PRESIDENT DONALD JOHN TRUMP, 1600 PENNSYLVANIA AVE NW WASHINGTON DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA WILLIAM PELHAM BARR, 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   USA ATTORNEY GENERAL WILLIAM PELHAM BARR

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397:DOB: AUGUST 7, 1974, KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR,FBI,HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| FORT MCDOWELL YAVAPAI NATION, FORMERLY THE FORT MDCOWELL MOHAVE - APACHE COMMUNITY OF THE FORT MCDOWELL INDIAN RESERVATION PRESIDENT BERNADINE BURNETTE, et al., ALL PAST PRESIDENTS, OTHER AMERICAN INDIAN TRIBES NATIONWIDE | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FORT MCDOWELL YAVAPAI NATION, FORMERLY THE FORT MDCOWELL MOHAVE - APACHE COMMUNITY OF THE FORT MCDOWELL INDIAN RESERVATION PRESIDENT BERNADINE BURNETTE, et al., ALL PAST PRESIDENTS AND ALL PRESENT AND PAST TRIBAL COUNCIL MEMBERS AND OTHER AMERICAN INDIAN TRIBES NATIONWIDE PO BOX 17779 FOUNTAIN HILLS ARIZONA 85269

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FORT MCDOWELL YAVAPAI NATION, FORMERLY THE FORT MDCOWELL MOHAVE - APACHE COMMUNITY OF THE FORT MCDOWELL INDIAN RESERVATION OFFICE OF THE ATTORNEY GENERAL PO BOX 17779 FOUNTAIN HILLS ARIZONA 85269

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FORT MCDOWELL YAVAPAI NATION ATTORNEY GENERAL

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI HQ, 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )     Civil Action No. |
| GILA RIVER INDIAN COMMUNITY GOVERNOR STEPHEN ROE LEWIS, et al., ALL PAST GOVERNORS, ALL PRESENT AND PAST LT. GOVERNORS, TRIBAL COUNCIL MEMBERS , OTHER AMERICAN INDIAN TRIBES NATIONWIDE *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> GILA RIVER INDIAN COMMUNITY GOVERNOR STEPHEN ROE LEWIS, et al., ALL PAST AND PRESENT LT. GOBERNORS, TRIBAL COUNCIL MEMBERS AND OTHER AMERICAN INDIAN TRIBES NATIONWIDE 525 West Gu U Ki Sacaton Arizona 85147 AND Po Box 97 Sacaton Arizona 85147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> GILA RIVER INDIAN COMMUNITY - OFFICE OF THE ATTORNEY GENERAL 525 WEST GU KI SACATON ARIZONA 85147 AND PO BOX 97 SACATON ARIZONA 85147

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gila River Indian Community Attorney General

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.;SSN:601.54.5397;DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935,3/4 AMERICAN INDIAN MCN ENROLLEMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 <br> *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, INDIAN HEALTH SERVICE, SECRETARY ALEX MICHAEL AZAR II <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> DEPARTMENT OF HEALTH AND HUMAN SERVICES, INDIAN HEALTH SERVICE, SECRETARY ALEX MICHAEL AZAR II DHHS HEADQUARTERS 200 INDEPENDENCE AVENUE SW WASHINGTON DC 20201-0004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> DEPARTMENT OF HEALTH AND HUMAN SERVICES, INDIAN HEALTH SERVICE, OFFICE OF THE GENERAL COUNSEL (OGC), ROBERT PHILLIP CHARROW, DHHS HEADQUARTERS 200 INDEPENDENCE AVENUE SW ROOM 713 -F WASHINGTON DC 20201-0004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DHHS GENERAL COUNSEL ROBERT PHILLIP CHARROW

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN:601.54.5397:DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR,FBI,HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* v. THE LAW FIRM OF KENNETH MCKAY SMITH, ATTORNEY AT LAW KENNETH MCKAY SMITH, et al. ALL ANDERSON FAMILY TRUSTS, ANY OTHER TRUSTS, ALL FAMILY TRUST BENEFICIARIES AND ANY OTHER TRUST BENEFICIARIES *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> THE LAW FIRM OF KENNETH MCKAY SMITH, ATTORNEY AT LAW KENNETH
> MCKAY SMITH et al., ALL ANDERSON FAMILY TRUSTS OR ANY OTHER TRUSTS
> AND ALL FAMILY TRUST BENEFICIARIES AND ANY OTHER TRUST BENEFICIARIES
> 6053 EAST UNIVERSITY DRIVE, MESA ARIZONA 85205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> THE LAW FIRM OF KENNETH MCKAY SMITH, ATTORNEY AT LAW KENNETH
> MCKAY SMITH, 6053 EAST UNIVERSITY DRIVE, MESA ARIZONA 85205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ATTORNEY KENNETH MCKAY SMITH

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.:SSN:601.54.5397:DOB:
AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE,
BADGE # 7935,3/4 AMERICAN INDIAN MCN
ENROLLMENT #14358, USA PRESIDENTIAL
CANDIDATE IN 2020/2024, DIRECTOR,FBI,HQ, 1600
PENNSYLVANIA AVE NW WA DC 20500
*Plaintiff(s)*

v.

MUSCOGEE (CREEK) NATION INDIAN TRIBE OF
OKLAHOMA PRINCIPAL CHIEF FICTITIOUS NAME
DAVID HILL et. al., ALL PAST PRINCIPAL CHIEFS
AND ALL PAST AND PRESENT SECOND CHEIFS
AND TRIBAL COUNCILS, OTHER AMERICAN
INDIAN TRIBES NATIONWIDE
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MUSCOGEE (CREEK) NATION INDIAN TRIBE OF OKLAHOMA PRINCIPAL CHIEF
FICTITIOUS NAME DAVID HILL, et al., ALL PAST PRINCIPAL CHIEFS, ALL  PRESENT
AND PAST SECOND CHEFS AND TRIBAL COUNCILS, OTHER AMERICAN INDIAN
TRIBES NATIONWIDE PO BOX 580 OKMULGEE OKLAHOMA 74447 AND HIGHWAY
75 & LOOP 56 OKMULGEE OKLAHOMA 74447

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

MUSCOGEE (CREEK) NATION INDIAN TRIBE OF OKLAHOMA - OFFICE OF THE
ATTORNEY GENERAL - PO BOX 580 OKMULGEE OKLAHOMA 74447 - HIGHWAY 75
& LOOP 56 OKMULGEE OKLAHOMA 74447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MUSCOGEE (CREEK) NATION ATTORNEY GENERAL

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN: 601.54.5397:DOB: 8.7.1974, KING,ESQUIRE,TRILLIONAIRE,BADGE #7935, 3/4 AMERICAN INDIAN MCNIT ENROLLMENT #14358,USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )   Civil Action No. |
| VICE PRESIDENT OF THE UNITED STATES OF AMERICA, VICE PRESIDENT MICHAEL RICHARD PENCE | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
VICE PRESIDENT OF THE UNITED STATES OF AMERICA, VICE PRESIDENT
MICHAEL RICHARD PENCE, 1 OBSERVATORY CIRCLE, UNITED STATES NAVAL
OBERVATORY WASHINGTON DC 20008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:
UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA WILLIAM PELHAM BARR, et al., AND ALL PAST
ATTORNEY GENERALS OF THE UNITED STATES OF AMERICA, 950
PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   USA ATTORNEY GENERAL WILLIAM PELHAM BARR

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING, ESQUIRE, TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 ~~PENNSYLVANIA AVE NW WA DC 20500~~<br>*Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| NAVAJO NATION INDIAN TRIBE PRESIDENT JONATHAN NEZ, et al. ALL PAST PRESIDENTS, ALL PRESENT AND PAST TRIBAL COUNCIL MEMBERS, OTHER AMERICAN INDIAN TRIBES NATIONWIDE<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> NAVAJO NATION INDIAN TRIBE PRESIDENT JONATHAN NEZ, et al., ALL PAST PRESIDENTS AND ALL PRESENT AND PAST TRIBAL COUNCIL MEMBERS AND OTHER AMERICAN INDIAN TRIBES NATIONWIDE, PO BOX 9000 WINDOW ROCK AZ 86515 AND PO BOX 2010 WINDOW ROCK ARIZONA 86515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> NAVAJO NATION INDIAN TRIBE OFFICE OF THE ATTORNEY GENERAL
> PO BOX 9000 WINDOW ROCK AZ 86515

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NAVAJO NATION INDIAN TRIBE ATTORNEY GENERAL

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974,KING,ESQUIRE,TRILLIONAIRE, BADGE # 7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | ) Civil Action No. |
| NATIONAL CONGRESS OF AMERICAN INDIANS (NCAI) PRESIDENT JEFFERSON KEEL, et al., AND ALL PAST PRESIDENTS AND ALL PAST AND PAST LEADERSHIP 1516 P STREET NW WASHINGTON DC 20005 *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> NATIONAL CONGRESS OF AMERICAN INDIANS (NCAI) PRESIDENT JEFFERSON KEEL, et al., AND ALL PAST PRESIDENTS AND ALL PAST AND PRESENT LEADERSHIP 1516 P STREET NW WASHINGTON DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> NATIONAL CONGRESS OF AMERICAN INDIANS (NCAI), GENERAL COUNSEL DERRICK BEETSO, et al., ALL PAST GENERAL COUNSELS 1516 P STREET NW WASHINGTON DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ATTORNEY KENNETH MCKAY SMITH

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.: SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING,ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | ) Civil Action No. |
| DEPARTMENT OF THE INTERIOR, OFFICE OF SPECIAL TRUSTEE FOR AMERICAN INDIANS, SECRETARY DAVID LONGLY BERNHARDT *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> DEPARTMENT OF THE INTERIOR, OFFICE OF SPECIAL TRUSTEE FOR AMERICAN INDIANS, SECRETARY DAVID LONGLY BERNHARDT, DOI HEADQUARTERS 1849 C STREET NW WASHINGTON DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> DEPARTMENT OF THE INTERIOR, OFFICE OF SPECIAL TRUSTEE FOR AMERICAN INDIANS, DEPARTMENT OF INTERIOR CURRENT AND ALL PAST SOLICITORS, DOI HEADQUARTERS 1849 C STREET NW WASHINGTON DC 20240

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOE KENNETH HOLT, JR.;SSN: 601.54.5397:DOB:
AUGUST 7, 1974, KING,ESQUIRE,TRILLIONAIRE,
BADGE #7935, 3/4 AMERICAN INDIAN MCN
ENROLLMENT #14358, USA PRESIDENTIAL
CANDIDATE IN 2020/2024,DIRECTOR,FBI,HQ 1600
PENNSYLVANIA AVE NW WA DC 20500

*Plaintiff(s)*

v.

CORPORATE OFFICE, PRIMERICA,
INCORPORATED, PRIMERICA LIFE INSURANCE
COMPANY

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORPORATE OFFICE, PRIMERICA INCORPORATED, PRIMERICA LIFE INSURANCE
COMPANY, 1 PRIMERICA PARKWAY DULUTH GEORGIA 30099, FICTICIOUS NAMES
ARTHUR L. WILLIAMS,  JR., et al., RICHARD WILLIAMS, GLENN WILLIAMS,
ALLISON RAND; PRIMERICA OFFICE AT 2633 EAST INDIAN SCHOOL ROAD SUITE
270 PHOENIX ARIOZNA 85016, RAYMOND COSTELLO, et al., CAROL COSTELLO,
RUSSELL JORDAN, ELIZABETH JORDAN; PRIMERICA OFFICE AT 5123 SUNSET
BLVD SUITE 212 LOS ANGELES CALIFORNIA 90027, CHARLIE CHAICHANA
CHAISAKLERT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

CORPORATE OFFICE, PRIMERICA INCORPORATED, PRIMERICA LIFE
INSURANCE COMPANY, 1 PRIMERICA PARKWAY DULUTH GEORGIA 30099,
GENERAL COUNSEL FICTICIOUS NAMES ALEXIS GINN, et al. LORI RIVET

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   GENERAL COUNSEL ALEXIS GINN, LORI RIVET

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN:601.54.5397:DOB: AUGUST 7,1974,KING,ESQUIRE, TRILLIONAIRE, BADGE #7935,3/4 AMERICAN INDIAN MCNIT ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024, DIRECTOR,FBI,HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | )  Civil Action No. |
| WELLS FARGO & COMPANY CHIEF EXECUTIVE OFFICER(S), et al. ALL PAST CHIEF EXECUTIVE OFFICERS, AND ALL CURRENT AND PAST BOARD OF DIRECTORS, FINANCIAL BOARD MEMBERS, ETC. *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WELLS FARGO & COMPANY CHIEF EXECUTIVE OFFICER(S), et al. ALL PAST CHIEF EXECUTIVE OFFICERS, AND ALL CURRENT AND PAST BOARD OF DIRECTORS, FINANCIAL BOARD MEMBERS, ETC. 420 MONTGOMERY STREET SAN FRANCISCO CA 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

WELLS FARGO & COMPANY PAST AND PRESENT GENERAL COUNSEL(S) FOR WELLS FARGO & COMPANY, 420 MONTGOMERY STREET SAN FRANCISCO CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                             *Server's signature*

                                                    _____
                                                             *Printed name and title*


                                                    _____
                                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| JOE KENNETH HOLT, JR.:SSN: 601.54.5397: DOB: AUGUST 7, 1974, KING, ESQUIRE,TRILLIONAIRE, BADGE #7935, 3/4 AMERICAN INDIAN MCN ENROLLMENT #14358, USA PRESIDENTIAL CANDIDATE IN 2020/2024,DIRECTOR, FBI, HQ 1600 PENNSYLVANIA AVE NW WA DC 20500 <br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA , ATTORNEY FOR THE DISTRICT OF COLUMBIA JESSIE KONG LIU, et al. ALL PAST UNITED STATES OF AMERICA ATTORNEYS FOR DISTRICT OF COLUMBIA <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITED STATES OF AMERICA ATTORNEY FOR THE DISTRICT OF COLUMBIA JESSIE KONG LIU, et al. ALL PAST UNITED STATES OF AMERICA ATTORNEYS FOR THE DISTRICT OF COLUMBIA 555 4TH STREET NW WASHINGTON DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES OF AMERICA ATTORNEY GENERAL WILLIAM PELHAM BARR 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    USA ATTORNEY GENERAL WILLIAM PELHAM BARR

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: